# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:05CR817PA     Recorder: CS 10/17/05     Date: 10/17/2005

Present: The Honorable Victor B. Kenton, U.S. Magistrate Judge

Court Clerk: Maria Cortez            Assistant U.S. Attorney: William Crowfoot & Douglas Miller -AUSA

| United States of America v. | Attorney Present for Defendant | Language(s) | Interpreter |
|---|---|---|---|
| 1. RANARD BYRON GASTON<br>Writ-Custody - Present | Thomas Nishi, S/A for Kiya Kato | PANEL | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment, acknowledges receipt of a copy and waives reading thereof.

Court orders this case previously assigned to the calendar of U.S. District Judge Percy Anderson for/and trial setting, further proceedings this date, October 17, 2005 at 11:00 am. Defendant and his/her counsel are ordered to appear before said judge at the date and time indicated.

Other: Financial Affidavit submitted and filed. Court appoints Kenly Kiya Kato, CJA panel attorney as counsel of record for defendant Ranard Byron Gaston for all further proceedings. It is so ordered.

: 5
Initials of Deputy Clerk: mc

cc: CJA Supv. Attorney, PSA, Statistics Clerk, USM LA