United States District Court
Central District of California

UNITED STATES OF AMERICA vs.   Docket No.   CR 05-817 PA

**Defendant**  RANARD GASTON

akas: Caston, Raenard, Gafton, Raynard, Gansterray, Ray, Gaston, Ranard Bryon, Gaston, Randrd Byron, Gaston, Raynard, Gaston, Raynard B., Gaston, Raynard Bryon, Gaston, Renard Byron, Gaston, Richard Byran, Jackson, Ray, Jackson, Ray Bryon, Jackson, Raymond, Johnson, Raymond, Ranard, Byron Gaston, Lotti; Rayray

Social Security No.  5  6  5  8
(Last 4 digits)

ENTERED
CLERK, U S DISTRICT COURT
NOV 29 2006
CENTRAL DISTRICT OF CALIFORNIA

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| NOV | 13 | 06 |

**COUNSEL**  [X] WITH COUNSEL   James Cooper, Apptd - Panel
(Name of Counsel)

**PLEA**  [X] GUILTY, and the court being satisfied that there is a factual basis for the plea.  [ ] NOLO CONTENDERE  [ ] NOT GUILTY

**FINDING**  There being a finding/verdict of [X] GUILTY, defendant has been convicted as charged of the offense(s) of:
Conspiracy to Possess with Intent to Distribute Cocaine Base, in Violation of 21 U.S.C. §§ 846, 851, as Charged in Count 1; Distribution of Cocaine Base, in Violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii), 851, as Charged in Counts 2 through 4.

**JUDGMENT AND PROB/ COMM ORDER**  The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 250 months.

This term consists of 250 months on each of Counts 1 through 4 of the Indictment, to be served concurrently.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 10 years. This term consists of 10 years on each of Counts 1 through 4, all such terms to run concurrently, under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318;

2. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer;

Case 2:05-cr-00817-PA   Document 100   Filed 11/27/06   Page 2 of 6   Page ID #:113

USA vs.   RANARD GASTON                                      Docket No.:   CR 05-817

3. The defendant shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, saliva and/or sweat patch testing, as directed by the Probation Officer. The defendant shall abstain from using illicit drugs, alcohol, and abusing prescription medications during the period of supervision;

4. During the course of supervision, the Probation Officer, with the agreement of the defendant and defense counsel, may place the defendant in a residential drug treatment program approved by the United States Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs, and the defendant shall reside in the treatment program until discharged by the Program Director and Probation Officer;

5. As directed by the Probation Officer, the defendant shall pay all or part of the costs of treating the defendant's drug dependency/alcohol dependency/psychiatric disorder to the aftercare contractor during the period of community supervision, pursuant to 18 U.S.C. § 3672. The defendant shall provide payment and proof of payment as directed by the Probation Officer;

6. During the period of community supervision the defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment.

7. The defendant shall not obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification in any name, other than the defendant's true legal name, without the prior written approval of the Probation Officer; nor shall the defendant use, for any purpose or in any manner, any name other than his true legal name;

8. The defendant shall cooperate in the collection of a DNA sample from the defendant;

9. The defendant shall not associate with any member of any criminal street gang or disruptive group as directed by the Probation Officer, specifically, any member of the Insane Crips street gang;

10. The defendant shall not be present in any area known as a criminal street gang gathering of the Insane Crips, as directed by the Probation Officer; and

11. The defendant shall not wear, display, use or possess any insignia, emblem, button, badge, cap, hat, scarf, bandana, jewelry, paraphernalia, or any article of clothing which may connote affiliation with, or membership in the Insane Crips.

Case 2:05-cr-00817-PA   Document 100   Filed 11/27/06   Page 3 of 6   Page ID #:114

| USA vs. RANARD GASTON | Docket No.: CR 05-817 |

It is further ordered that the defendant shall pay to the United States a special assessment of $400, which is due immediately.

Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine.

Defendant is advised of his right to appeal.

The Court recommends that defendant be housed in a facility located in Southern California.

The Court recommends that the defendant participate in any substance abuse treatment program available, if qualified.

Upon the government's motion, all remaining counts are hereby dismissed.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

| 11/24/06 | |
| --- | --- |
| Date | PERCY ANDERSON |
| | U. S. DISTRICT JUDGE |

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

| | Sherri R. Carter, Clerk |
| --- | --- |
| 11·27·06 | By |
| Filed Date | Deputy Clerk |

(1124)

Case 2:05-cr-00817-PA   Document 100   Filed 11/27/06   Page 4 of 6   Page ID #:115

USA vs. RANARD GASTON          Docket No.: CR 05-817

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

### STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, <u>for felony cases only</u>: not possess a firearm, destructive device, or any other dangerous weapon.

---

### RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____

_____       Deputy Marshal
Date

### CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____

_____       Deputy Clerk
Filed Date

### FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____        _____
         Defendant                                Date


_____                  _____
U. S. Probation Officer/Designated Witness        Date

# NOTICE PARTY SERVICE LIST

Case No. CR 05-817 PA     Case Title U.S.A. -v- Ranard Gaston

Title of Document   JUDGMENT AND PROBATION COMMITMENT ORDER

|  |  |
|---|---|
|  | Atty Sttlmnt Officer |
|  | BAP (Bankruptcy Appellate Panel) |
|  | Beck, Michael J (Clerk, MDL Panel) |
| X | BOP (Bureau of Prisons) |
|  | CA St Pub Defender (Calif. State PD) |
|  | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
|  | Case Asgmt Admin (Case Assignment Administrator) |
|  | Catterson, Cathy (9th Circuit Court of Appeal) |
|  | Chief Deputy Admin |
|  | Chief Deputy Ops |
|  | Clerk of Court |
|  | Death Penalty H/C (Law Clerks) |
|  | Dep In Chg E Div |
|  | Dep In Chg So Div |
| X | Fiscal Section |
|  | Intake Section, Criminal LA |
|  | Intake Section, Criminal SA |
|  | Intake Supervisor, Civil |
|  | Interpreter Section |
|  | PIA Clerk - Los Angeles (PIALA) |
|  | PIA Clerk - Riverside (PIAED) |
|  | PIA Clerk - Santa Ana (PIASA) |
| X | PSA - Los Angeles (PSALA) |
|  | PSA - Riverside (PSAED) |
|  | PSA - Santa Ana (PSASA) |
|  | Schnack, Randall (CJA Supervising Attorney) |
|  | Statistics Clerk |

|  |  |
|---|---|
|  | Stratton, Maria - Federal Public Defender |
|  | US Attorneys Office - Civil Division -L A. |
|  | US Attorneys Office - Civil Division - S.A. |
|  | US Attorneys Office - Criminal Division -L.A. |
|  | US Attorneys Office - Criminal Division -S.A. |
|  | US Bankruptcy Court |
| X | US Marshal Service - Los Angeles (USMLA) |
|  | US Marshal Service - Riverside (USMED) |
|  | US Marshal Service -Santa Ana (USMSA) |
| X | US Probation Office (USPO) |
|  | US Trustee's Office |
|  | Warden, San Quentin State Prison, CA |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Firm:

Address *(include suite or floor)*:

*E-mail:

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk